# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MAYA JONES

NO. 2024 KW 0706

**NOVEMBER 4, 2024**

---

In Re:    Maya Gwenlyn Jones, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 844147.

---

**BEFORE:    McCLENDON, PENZATO, AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT